IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VANCE STRADER,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>U.S. BANK NATIONAL ASSOCIATION et al,<br><br>　　　　　　　Defendants. | Civil Action<br><br>2:17-cv-684<br><br>*ELECTRONICALLY FILED* |

## NOTICE OF APPEARANCE

TO:　THE COURT AND ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that Matthew T. Eyet, Esq. of the law firm of Sandelands Eyet LLP hereby enters an appearance on behalf of defendants Nationstar Mortgage LLC ("Nationstar"), Jay Bray; Salina Baca; Jessica Moore; Andrea Friedrich; William Viana; Sandelands Eyet LLP ("SE LLP"), William Sandelands; Matthew Eyet; Alina Eyet; Mitchell Zipkin; and Cara Ann Murphy (collectively as "Defendants"), in the above-captioned matter.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**SANDELANDS EYET LLP**
　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

Dated:　July 31, 2017　　　By:　　/s/ Matthew T. Eyet
　　　　　　　　　　　　　　　　　　Matthew T. Eyet, Esq.
　　　　　　　　　　　　　　　　　　Pa. Attorney I.D. No. 317312
　　　　　　　　　　　　　　　　　　1545 U.S. Highway 206, Suite 304
　　　　　　　　　　　　　　　　　　Bedminster, NJ 07921
　　　　　　　　　　　　　　　　　　meyet@se-llp.com
　　　　　　　　　　　　　　　　　　908-470-1200 (p)
　　　　　　　　　　　　　　　　　　908-470-1206 (f)

1