UNITED STATES DISTRICT COURT WESTERN DISTRICT OF PENNSYLVANIA

**FILED**

AUG 1 1 2017

Vance Strader,

CIVIL DIVISION    CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Civil action# 217-cv-684

VS

U.S. Bank National Association Et, AL

**Notice to amend claim to remove Jessica Moore from verified claim and to add a common law claim.**

1. Vance Strader removes Jessica Moore from verified claim on 08/03/17.

2. Vance Strader adds a common law claim private right of action against all named defendants for trespassing on my property without rights pursuant to the seventh amendment of the U.S. Constitution.

3. My property consist of my house my time my name my mental thoughts and energy.

4. The trespass did and does harm and injury me and my property.

5. The trespass and injuries started about three years ago to now.

6. This is a common law land the common law is the supreme law in America, It is requires that a man woman or group of people to swear by oath, affirmation, affidavit that they have been harm or have some sort of lost physically financial or mentally caused by me that is actual or imminent.

7. In the common law, statutory law, and in the FDCPA requires a man, woman or group of people to swear by oath, affirmation, affidavit that they have been harm. Without a verified claim, all claims are false and fraudulent.

8. For the past 3 years I have not seen a witness who has sworn by oath, affirmation, affidavit of harm or injury, I have not seen the require oath, affirmation, affidavit in any court filings or court appearances and or testimony. This is clearly harassment and domestic terrorism.

9. The only statements we have in this matter is attorney testimony. In rules of professional conduct attorneys cannot testify and in case law it's a adjudicative fact that attorneys cannot testify.

10. For three years plus there are no facts on any record, statement and briefs by attorneys are not fact. No court has subject matter jurisdiction or discretion without facts on the record.

11. My time I cannot not get back, the breaking, entering and locking me out of my house, invading my privacy, the theft of my identity putting it in the public and causing me intentional mental stress without any right or authority is a civil and criminal wrong.

12. In this court of record I require 0ne million dollars in compensation for the initial and continual trespass, harm and injury on me and my property.

13. In conclusion at common law only a man or woman can speak, not attorneys or decedents such as a LLC. It's a adjudicative fact that a LLC cannot plead and or be injured, nor can an attorney speak for a LLC. The court [rules 601] that apply to attorneys, corporations and LLC.

14. I, say here, and will verify in open court, that all herein to be true.

Respectfully submitted in this court of record 8/11/17
Vance Strader 231 yosemite dr Pgh pa 15235

State of: _Penns Ivena_
County of: _Allghony_
4122414035 Subscribed and sworn to (or affirmed) before me this
_11_ day of _Agcust_ in the year 20_17_.

Signature of Notary Public
My Commission Expires _5-6-20_

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Yolanda B. Hill, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires May 6, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

## Certification of service

I certify served by mail the defendants and wrongdoers  on 8/11/17 1545
U.S. highway 206,suite 304 Bedminster, NJ 07921

Vance Strader
231 yosemite dr
Pgh pa 15235
4122414035

State of: _Pennsylvania_
County of: _Allegheny_
Subscribed and sworn to (or affirmed) before me this
___ day of ___ in the year 20__.

Signature of Notary Public
My Commission Expires _5-6-20_

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Yolanda B. Hill, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires May 6, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES