IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VANCE STRADER, | CIVIL ACTION |
| Plaintiff, | NO.: 2:17-cv-00684 |
| v. | |
| U.S. BANK, NATIONAL ASSOCIATION, et al., | |
| Defendants. | |

## NOTICE OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned provides notice that Defendant William C. Sandelands passed away on October 6, 2022. Mr. Sandelands is a Defendant to this action. The undersigned does not presently have information about a successor or representative. Mr. Sandelands also appeared as counsel for Defendant Nationstar Mortgage LLC, though the law firm of Santomassimo Davis, LLP.

The information being submitted is true and correct to the best of the undersigned's knowledge and belief, based on a review of the New Jersey Department of Health Certificate of Death.

        Respectfully submitted,

        DIBELLA WEINHEIMER

        /s/  Bethann R. Lloyd
        Bethann R. Lloyd, Esquire
        Pa. ID #77385
        blloyd@d-wlaw.com
        Law & Finance Building
        429 Fourth Avenue, Suite 200
        Pittsburgh, PA 15219
        412-586-2144

{00463647.DOCX:1}

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Notice of Death was served on January 11, 2023 upon all counsel of record via U.S. Mail upon the Plaintiff as follows:

Vance Strader
231 Yosemite Drive
Pittsburgh, PA 15235

Respectfully submitted,

DIBELLA WEINHEIMER

/s/  Bethann R. Lloyd
Bethann R. Lloyd, Esquire
Pa. ID #77385
blloyd@d-wlaw.com

Law & Finance Building
429 Fourth Avenue, Suite 200
Pittsburgh, PA 15219
412-586-2144

{00463647.DOCX:1}