IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VANCE STRADER, | CIVIL ACTION |
| Plaintiff, | NO.: 2:17-cv-00684 |
| v. | |
| U.S. BANK, NATIONAL ASSOCIATION, et al., | |
| Defendants. | |

## AMENDED NOTICE OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned provides notice that Defendant William C. Sandelands passed away on October 6, 2022.  Mr. Sandelands is a Defendant to this action.  The representative of Mr. Sandelands' Estate is Ann M. Edens, Edens Law Group, LLC, 360 Route 24, Suite 201, Chester, NJ 07930.  Mr. Sandelands also appeared as counsel for Defendant Nationstar Mortgage LLC, though the law firm of Santomassimo Davis, LLP.

The information being submitted is true and correct to the best of the undersigned's knowledge and belief.

Respectfully submitted,

DIBELLA WEINHEIMER

*/s/*  Bethann R. Lloyd
Bethann R. Lloyd, Esquire
Pa. ID #77385
blloyd@d-wlaw.com
Law & Finance Building
429 Fourth Avenue, Suite 200
Pittsburgh, PA 15219
412-586-2144

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Notice of Death was served on April 18, 2023, upon all counsel of record via the Court's ECF system and via U.S. Mail upon the Plaintiff as follows:

Vance Strader<br>
231 Yosemite Drive<br>
Pittsburgh, PA 15235

Respectfully submitted,

DIBELLA WEINHEIMER

*/s/*  Bethann R. Lloyd
Bethann R. Lloyd, Esquire
Pa. ID #77385
blloyd@d-wlaw.com

Law & Finance Building
429 Fourth Avenue, Suite 200
Pittsburgh, PA 15219
412-586-2144