**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| VANCE STRADER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 17-684 |
| v. | ) | |
| | ) | Judge Cathy Bissoon |
| U.S. BANK NAT'L ASSOC. et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT ORDER**

FINAL JUDGMENT hereby is entered pursuant to Rule 58 of the Federal Rules of Civil

Procedure.  This case has been marked closed.

IT IS SO ORDERED.


November 17, 2023                                     s/Cathy Bissoon
                                                     Cathy Bissoon
                                                     United States District Judge


cc (via ECF email notification):
All Counsel of Record